Stanislav Arbit

5344 E Diamond Ave

Mesa, AZ 85206

Phone: 480-818-4418

Email: stan@securepower.io

Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | | |
|---|---|---|
| **Stanislav Arbit** | ) | CASE NO.:CV23-00533-PHX-SPL |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| **SCHNEIDER ELECTRIC SE**, a | ) | (PRELIMINARY ORDER 04/03/23) |
| foreign entity, | ) | |
| Defendant. | ) | |

    I, Stanislav Arbit, hereby certify that I mailed a copy of a preliminary order—dated April 3, 2023—to Annette Clayton on April 08, 2023. I sent the order with a copy of the complaint, form A0398, two copies of form A0399, and a self-addressed stamped envelope. I sent the package via USPS. The package was addressed to Annette Clayton and sent to 70 Mechanic Street, Foxboro, MA 02035. Schneider Electric provided the mailing address.

```
 1
 2                                              Dated 04/15/23
                                                Stanislav Arbit
 3                                              Plaintiff
                                                /Stanislav Arbit/
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

- 2 -
Certificate of Service